# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MCDOWELL,<br><br>             Plaintiff,<br><br>      v.<br><br>R. RIVERA, et al.,<br><br>             Defendants. | Case No.  1:13-cv-01797-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>ECF NO. 15 |

Plaintiff Jerry McDowell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 6, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2014, the Magistrate Judge issued a findings and recommendations recommending certain claims and Defendants be dismissed from this action. (ECF No. 15.) The fourteen day deadline to file an objection has passed without a response from Plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 28 2014, are adopted in full;

2. Plaintiff shall proceed on his Eighth Amendment claim against Defendants Sandoval, Garza, Fernandez, Guzman, Sanchez, and Acolla and First Amendment claim against Defendants Acolla and Fernandez;

3. Plaintiff's Eighth Amendment claims against Defendants Rivera and Patel are dismissed; and

4. Defendants Rivera and Patel are dismissed from the action.

IT IS SO ORDERED.

Dated: **June 3, 2014**                    **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

5.

2